IGNACIO E. SALCEDA, State Bar No. 164017 (isalceda@wsgr.com)
JOHN D. COOKE, State Bar No. 233267 (jcooke@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Nominal Defendant QuickLogic Corp.
and Defendants E. Thomas Hart, Carl M. Mills,
Terry L. Barrett, Timothy Saxe, Jeffrey D. Sexton,
Donald P. Beadle, Michael J. Callahan, Arturo Krueger,
Christine Russell, Gary H. Tauss, and Nicholas Aretakis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SEADLER, Derivatively on Behalf of QUICKLOGIC CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>E. THOMAS HART, CARL M. MILLS, TERRY L. BARRETT, TIMOTHY SAXE, JEFFREY D. SEXTON, DONALD P. BEADLE, MICHAEL J. CALLAHAN, ARTURO KRUEGER, CHRISTINE RUSSELL, GARY H. TAUSS, and NICHOLAS ARETAKIS,<br><br>     Defendants,<br><br>- and -<br><br>QUICKLOGIC CORPORATION,<br><br>     Nominal Defendant. | CASE NO.: C-06-6834 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1. Whereas two shareholder derivative actions, *Seadler v. E. Thomas Hart et al.*, Case No. C-06-6834 JW (HRL), and *Bailey v. E. Thomas Hart et al.*, Case No. C-06-07354 (SBA), are pending in this Court against QuickLogic Corporation et al.;

2. Whereas these two pending derivative actions have not yet been related or consolidated;

3. Therefore, the parties to this action agree and stipulate that nominal defendant QuickLogic Corporation and defendants E. Thomas Hart, Carl M. Mills, Terry L. Barrett, Timothy Saxe, Jeffrey D. Sexton, Donald P. Beadle, Michael J. Callahan, Arturo Krueger, Christine Russell, Gary H. Tauss, and Nicholas Aretakis will have up to and including January 26, 2007 to answer or otherwise respond to the Complaint in the above-entitled matter, subject to any subsequent agreement and stipulation by the parties setting a schedule for the filing of a consolidated complaint and Defendants' response thereto.

Dated: December 11, 2006        LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP


                                By:   /s/  Shawn A. Williams
                                         Shawn A. Williams

                                Attorneys for Plaintiff James E. Seadler


Dated: December 11, 2006        WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:   /s/  Ignacio E. Salceda
                                         Ignacio E. Salceda

                                Attorneys for Nominal Defendant QuickLogic
                                Corporation and Defendants E. Thomas Hart, Carl
                                M. Mills, Terry L. Barrett, Timothy Saxe, Jeffrey D.
                                Sexton, Donald P. Beadle, Michael J. Callahan,
                                Arturo Krueger, Christine Russell, Gary H. Tauss,
                                and Nicholas Aretakis

STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER TO         -2-                                    3009979_2
EXTEND DEFENDANTS' TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT
CASE NO. C-06-6834 JW (HRL)

1
2
3   ORDER

    Pursuant to Stipulation, IT IS SO ORDERED.

4
5   Dated: December 12, 2006                    
6                                               _____
                                                United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER TO            -3-                                  3009979_2
EXTEND DEFENDANTS' TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT
CASE NO. C-06-6834 JW (HRL)

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Extend Defendants' Time to Respond to Plaintiff's Complaint. I hereby attest that Shawn A. Williams has concurred in this filing.

Dated: December 11, 2006        WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation


                                By:  /s/    Ignacio E. Salceda
                                        Ignacio E. Salceda

                                Attorneys for Nominal Defendant QuickLogic Corp. and Defendants E. Thomas Hart, Carl M. Mills, Terry L. Barrett, Timothy Saxe, Jeffrey D. Sexton, Donald P. Beadle, Michael J. Callahan, Arturo Krueger, Christine Russell, Gary H. Tauss, and Nicholas Aretakis