1 | LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
2 | JOHN K. GRANT (169813)
    SHAWN A. WILLIAMS (213113)
3 | AELISH M. BAIG (201279)
    100 Pine Street, Suite 2600
4 | San Francisco, CA  94111
    Telephone: 415/288-4545
5 | 415/288-4534 (fax)
    johng@lerachlaw.com
6 | shawnw@lerachlaw.com
    aelishb@lerachlaw.com
7 |      – and –
    TRAVIS E. DOWNS III (148274)
8 | KATHLEEN A. HERKENHOFF (168562)
    BENNY C. GOODMAN III (211302)
9 | MARY LYNNE CALKINS (212171)
    655 West Broadway, Suite 1900
10 | San Diego, CA  92101
     Telephone: 619/231-1058
11 | 619/231-7423 (fax)
     travisd@lerachlaw.com
12 | kathyh@lerachlaw.com
     bennyg@lerachlaw.com
13 | mollyc@lerachlaw.com

SHUMAN & BERENS LLP
KIP B. SHUMAN
JEFFREY A. BERENS
801 East 17th Avenue
Denver, CO  80218-1417
Telephone: 303/861-3003
303/830-6920 (fax)
kip@shumanberens.com
jeff@shumanberens.com

14 | Co-Lead Counsel for Plaintiffs

15 | [Additional counsel appear on signature page.]

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN JOSE DIVISION

| | |
|---|---|
| In re QUICKLOGIC CORPORATION DERIVATIVE LITIGATION | Lead Case No. C-06-06834-JW |
| | STIPULATION AND [PROPOSED] SCHEDULING ORDER |
| This Document Relates To: | |
| ALL ACTIONS. | |

1  WHEREAS, since the filing of the initial complaints in this action nominal defendant QuickLogic Corporation completed its review of the Company's historical stock option granting practices and related accounting;

WHEREAS, pursuant to stipulated order, plaintiffs' consolidated complaint is due 45 days after the Court appointed lead plaintiff on March 14, 2007, *i.e.*, on April 30, 2007; and

WHEREAS, counsel for the parties have been in discussions concerning the results of the review and believe that continuing the date for filing the consolidated complaint is appropriate in light of those discussions, and would conserve judicial resources;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and between the undersigned:

1.  The date for plaintiffs to file their consolidated complaint is continued to June 1, 2007.

DATED: April 27, 2007        LERACH COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP
                             JOHN K. GRANT
                             SHAWN A. WILLIAMS
                             AELISH M. BAIG


                                     s/ John K. Grant
                                    JOHN K. GRANT

                             100 Pine Street, Suite 2600
                             San Francisco, CA  94111
                             Telephone:  415/288-4545
                             415/288-4534 (fax)

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-06-06834-JW                              - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 3 | KATHLEEN A. HERKENHOFF<br>BENNY C. GOODMAN III |
| 4 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 8 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 9 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 10 | 310/278-2148 (fax) |
| 11 | SHUMAN & BERENS LLP<br>KIP B. SHUMAN |
| 12 | JEFFREY A. BERENS<br>801 East 17th Avenue |
| 13 | Denver, CO  80218-1417<br>Telephone:  303/861-3003 |
| 14 | 303/830-6920 (fax) |
| 15 | Co-Lead Counsel for Plaintiffs |
| 16 | DATED:  April 27, 2007     WILSON SONSINI GOODRICH<br>  && ROSATI, P.C. |
| 17 | IGNACIO E. SALCEDA<br>JOHN D. COOKE |
| 18 | |
| 19 | |
| 20 |       s/ Ignacio E. Salceda<br>      IGNACIO E. SALCEDA |
| 21 | 650 Page Mill Road |
| 22 | Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300 |
| 23 | 650/493-6811 (fax) |
| 24 | Attorneys for Defendant(s) |
| 25 | |

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), John K. Grant hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

1 **O R D E R**

2     IT IS SO ORDERED.

3     The date for plaintiffs to file their consolidated complaint is continued to June 1, 2007.

4 DATED: _____May 1/2007_____     _____/s/ James Ware_____
                                        THE HONORABLE JAMES WARE
5                                       UNITED STATES DISTRICT JUDGE

6 T:\CasesSF\Quicklogic\S_O00041230.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2007.

    s/ John K. Grant
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:JohnKG@lerachlaw.com

# Mailing Information for a Case 5:06-cv-06834-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Ignacio E. Salceda**
  isalceda@wsgr.com rlustan@wsgr.com

- **Kip B. Shuman**
  Kip@shumanberens.com Lisa@shumanberens.com;Darby@shumanberens.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A. Berens
Shuman & Berens LLP
801 E 17th Ave
Denver, CO 80218-1417
```