1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   johng@lerachlaw.com
6  shawnw@lerachlaw.com
   aelishb@lerachlaw.com
7        – and –
   TRAVIS E. DOWNS III (148274)
8  KATHLEEN A. HERKENHOFF (168562)
   BENNY C. GOODMAN III (211302)
9  MARY LYNNE CALKINS (212171)            SHUMAN & BERENS LLP
   655 West Broadway, Suite 1900          KIP B. SHUMAN
10 San Diego, CA  92101                   JEFFREY A. BERENS
   Telephone: 619/231-1058                801 East 17th Avenue
11 619/231-7423 (fax)                     Denver, CO  80218-1417
   travisd@lerachlaw.com                  Telephone: 303/861-3003
12 kathyh@lerachlaw.com                   303/830-6920 (fax)
   bennyg@lerachlaw.com                   kip@shumanberens.com
13 mollyc@lerachlaw.com                   jeff@shumanberens.com

14 Co-Lead Counsel for Plaintiffs

15 [Additional counsel appear on signature page.]

16                       UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18                              SAN JOSE DIVISION

19 In re QUICKLOGIC CORPORATION          )  Lead Case No. C-06-06834-JW
   DERIVATIVE LITIGATION                 )
20                                       )  STIPULATION AND [PROPOSED]
                                         )  SCHEDULING ORDER
21 This Document Relates To:             )
                                         )
22       ALL ACTIONS.                    )
                                         )

1    WHEREAS, the parties are continuing their discussions concerning the results of nominal
2 defendant QuickLogic Corporation's review of the company's historical stock option granting
3 practices and related accounting;

4    WHEREAS, counsel for the parties believe that continuing the date for filing the
5 consolidated complaint is appropriate in light of those discussions, and would conserve judicial
6 resources; and

7    WHEREAS, pursuant to stipulated order, the date for filing plaintiffs' consolidated complaint
8 was previously continued to June 1, 2007;

9    IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and
10 between the undersigned:

11    1.    The date for plaintiffs to file their consolidated complaint is continued to July 2,
12 2007.

13 DATED: May 31, 2007                LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
14                                     JOHN K. GRANT
                                       SHAWN A. WILLIAMS
15                                     AELISH M. BAIG

17                                            /s/
                                       JOHN K. GRANT

                                       100 Pine Street, Suite 2600
19                                     San Francisco, CA  94111
                                       Telephone:  415/288-4545
20                                     415/288-4534 (fax)

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-06-06834-JW                - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III<br>KATHLEEN A. HERKENHOFF |
| 4 | BENNY C. GOODMAN III<br>MARY LYNNE CALKINS |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 7 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 8 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 9 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 10 | 310/278-2148 (fax) |
| 11 | SHUMAN & BERENS LLP<br>KIP B. SHUMAN |
| 12 | JEFFREY A. BERENS<br>801 East 17th Avenue |
| 13 | Denver, CO  80218-1417<br>Telephone:  303/861-3003 |
| 14 | 303/830-6920 (fax) |
| 15 | Co-Lead Counsel for Plaintiffs |

16  DATED:  May 31, 2007         WILSON SONSINI GOODRICH
17                                & ROSATI, P.C.
                                 IGNACIO E. SALCEDA
18                               JOHN D. COOKE

19

20                                       /s/
                                 IGNACIO E. SALCEDA
21
                                 650 Page Mill Road
22                               Palo Alto, CA  94304-1050
                                 Telephone: 650/493-9300
23                               650/493-6811 (fax)

24  I, John Grant, am the ECF User whose ID and password are being used to file this
    STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance with General
25  Order 45, X.B., I hereby attest that IGNACIO E. SALCEDA have concurred in this filing.

26

27
                                         /s/
28                               JOHN K. GRANT


STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-06-06834-JW         - 2 -

1                                                 *    *    *

2                                                **O R D E R**

3       IT IS SO ORDERED.

4       The date for plaintiffs to file their consolidated complaint is continued to July 2, 2007.

5   DATED:    June 1 2007

                                              THE HONORABLE JAMES WARE

6                                               UNITED STATES DISTRICT JUDGE

7   T:\CasesSF\Quicklogic\STP00042408.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2007.

/s/
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:JohnG@lerachlaw.com

# Mailing Information for a Case 5:06-cv-06834-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com
  e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com;KiyokoH@lerachlaw.com;cwood@lerachlaw

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Ignacio E. Salceda**
  isalceda@wsgr.com rlustan@wsgr.com

- **Kip B. Shuman**
  Kip@shumanberens.com Lisa@shumanberens.com;Darby@shumanberens.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A. Berens
Shuman & Berens LLP
801 E 17th Ave
Denver, CO 80218-1417
```