1    LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2    JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3    AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4    San Francisco, CA  94111
   Telephone:  415/288-4545
5    415/288-4534 (fax)
   johng@lerachlaw.com
6    shawnw@lerachlaw.com
   aelishb@lerachlaw.com
7       – and –
   TRAVIS E. DOWNS III (148274)
8    KATHLEEN A. HERKENHOFF (168562)
   BENNY C. GOODMAN III (211302)
9    MARY LYNNE CALKINS (212171)       SHUMAN & BERENS LLP
   655 West Broadway, Suite 1900       KIP B. SHUMAN
10   San Diego, CA  92101              JEFFREY A. BERENS
   Telephone:  619/231-1058         801 East 17th Avenue
11   619/231-7423 (fax)               Denver, CO  80218-1417
   travisd@lerachlaw.com           Telephone:  303/861-3003
12   kathyh@lerachlaw.com           303/830-6920 (fax)
   bennyg@lerachlaw.com           kip@shumanberens.com
13   mollyc@lerachlaw.com           jeff@shumanberens.com

14   Co-Lead Counsel for Plaintiffs

15   [Additional counsel appear on signature page.]

16                 UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                    SAN JOSE DIVISION

19   In re QUICKLOGIC CORPORATION    )   Lead Case No. C-06-06834-JW
   DERIVATIVE LITIGATION           )
20  ————————————————— )   STIPULATION AND [PROPOSED]
                                )   SCHEDULING ORDER
21   This Document Relates To:        )
                                )
22       ALL ACTIONS.            )
                                )
23  ————————————————— )

24

25

26

27

28

1   WHEREAS, the parties are continuing their discussions concerning the results of nominal

2   defendant QuickLogic Corporation's review of the company's historical stock option granting

3   practices and related accounting;

4   WHEREAS, counsel for the parties believe that continuing the date for filing the

5   consolidated complaint is appropriate in light of those discussions, and would conserve judicial

6   resources; and

7   WHEREAS, pursuant to stipulated orders, the dates for filing plaintiffs' consolidated

8   complaint were previously continued to June 1, 2007 and July 2, 2007;

9   IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and

10   between the undersigned:

11   1.   The date for plaintiffs to file their consolidated complaint is continued to July 16,

12   2007.

13   DATED:  July 2, 2007                    LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
14                                           JOHN K. GRANT
                                             SHAWN A. WILLIAMS
15                                           AELISH M. BAIG

16

17                                           _____/s/_____
                                                     JOHN K. GRANT
18
                                             100 Pine Street, Suite 2600
19                                           San Francisco, CA  94111
                                             Telephone:  415/288-4545
20                                           415/288-4534 (fax)

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-06-06834-JW          - 1 -

1

2          LERACH COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
3          TRAVIS E. DOWNS III
           KATHLEEN A. HERKENHOFF
           BENNY C. GOODMAN III
4          MARY LYNNE CALKINS
           655 West Broadway, Suite 1900
5          San Diego, CA  92101
           Telephone:  619/231-1058
6          619/231-7423 (fax)

7          LERACH COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
8          THOMAS G. WILHELM
           9601 Wilshire Blvd., Suite 510
9          Los Angeles, CA  90210
           Telephone:  310/859-3100
10         310/278-2148 (fax)

11         SHUMAN & BERENS LLP
           KIP B. SHUMAN
12         JEFFREY A. BERENS
           801 East 17th Avenue
13         Denver, CO  80218-1417
           Telephone:  303/861-3003
14         303/830-6920 (fax)

15         Co-Lead Counsel for Plaintiffs

16  DATED:  July 2, 2007          WILSON SONSINI GOODRICH
                                    & ROSATI, P.C.
17                                IGNACIO E. SALCEDA
                                  JOHN D. COOKE
18

19                                        /s/
20                                IGNACIO E. SALCEDA

21                                650 Page Mill Road
                                  Palo Alto, CA  94304-1050
22                                Telephone:  650/493-9300
                                  650/493-6811 (fax)
23
    *I, John Grant, am the ECF User whose ID and password are being used to file this
24  STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance with General
    Order 45, X.B., I hereby attest that IGNACIO E. SALCEDA has concurred in this filing.*
25

26

27                                        /s/
28                                JOHN K. GRANT

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-06-06834-JW          - 2 -

1                                    *        *        *

2                                  **O R D E R**

3          IT IS SO ORDERED.

4          The date for plaintiffs to file their consolidated complaint is continued to July 16, 2007.

5  DATED:  _____July 3, 2007_____          _____
                                                     THE HONORABLE JAMES WARE
6                                                    UNITED STATES DISTRICT JUDGE

7  T:\casesSF\quicklogic\STP00042408.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 2, 2007.

/s/<br>JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:JohnG@lerachlaw.com



**CM/ECF**

Civil • Criminal • Query • Reports • Utilities • Logout

# Mailing Information for a Case 5:06-cv-06834-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,
  KiyokoH@lerachlaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Kip Brian Shuman**
  Kip@shumanberens.com,Lisa@shumanberens.com,Darby@shumanberens.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,
  moniquew@lerachlaw.com,e_file_sd@lerachlaw.com,aelishb@lerachlaw.com,jdavis@lerachlaw.
  com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeffrey A. Berens**
Shuman & Berens LLP
801 E 17th Ave

Denver, CO 80218-1417

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101