1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  AELISH M. BAIG (201279)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   johng@lerachlaw.com
6  shawnw@lerachlaw.com
   aelishb@lerachlaw.com
7       – and –
   TRAVIS E. DOWNS III (148274)
8  KATHLEEN A. HERKENHOFF (168562)
   BENNY C. GOODMAN III (211302)
9  MARY LYNNE CALKINS (212171)
   655 West Broadway, Suite 1900
10 San Diego, CA  92101
   Telephone:  619/231-1058
11 619/231-7423 (fax)
   travisd@lerachlaw.com
12 kathyh@lerachlaw.com
   bennyg@lerachlaw.com
13 mollyc@lerachlaw.com

SHUMAN & BERENS LLP
KIP B. SHUMAN
JEFFREY A. BERENS
801 East 17th Avenue
Denver, CO  80218-1417
Telephone:  303/861-3003
303/830-6920 (fax)
kip@shumanberens.com
jeff@shumanberens.com

14 Co-Lead Counsel for Plaintiffs

15 [Additional counsel appear on signature page.]

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re QUICKLOGIC CORPORATION DERIVATIVE LITIGATION | Lead Case No. C-06-06834-JW |
| This Document Relates To: | STIPULATION AND [PROPOSED] SCHEDULING ORDER |
| ALL ACTIONS. | |

WHEREAS, the parties are continuing their discussions concerning the results of nominal defendant QuickLogic Corporation's review of the company's historical stock option granting practices and related accounting;

WHEREAS, counsel for the parties believe that continuing the date for filing the consolidated complaint is appropriate in light of those discussions, and would conserve judicial resources; and

WHEREAS, pursuant to stipulated orders, the dates for filing plaintiffs' consolidated complaint were previously continued to June 1, 2007, July 2, 2007 and July 16, 2007;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and between the undersigned:

1. The date for plaintiffs to file their consolidated complaint is continued to July 30, 2007.

DATED: July 16, 2007                          LERACH COUGHLIN STOIA GELLER
                     RUDMAN & ROBBINS LLP
                     JOHN K. GRANT
                     SHAWN A. WILLIAMS
                     AELISH M. BAIG

                           /s/
                       JOHN K. GRANT

                     100 Pine Street, Suite 2600
                     San Francisco, CA  94111
                     Telephone:  415/288-4545
                     415/288-4534 (fax)

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | | TRAVIS E. DOWNS III<br>KATHLEEN A. HERKENHOFF |
| 4 | | BENNY C. GOODMAN III<br>MARY LYNNE CALKINS |
| 5 | | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 6 | | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 7 | | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 8 | | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 9 | | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 10 | | 310/278-2148 (fax) |
| 11 | | SHUMAN & BERENS LLP<br>KIP B. SHUMAN |
| 12 | | JEFFREY A. BERENS<br>801 East 17th Avenue |
| 13 | | Denver, CO  80218-1417<br>Telephone:  303/861-3003 |
| 14 | | 303/830-6920 (fax) |
| 15 | | Co-Lead Counsel for Plaintiffs |
| 16 | DATED:  July 16, 2007 | WILSON SONSINI GOODRICH<br>  & ROSATI, P.C. |
| 17 | | IGNACIO E. SALCEDA<br>JOHN D. COOKE |
| 18 | | |
| 19 | | |
| 20 | | /s/<br>IGNACIO E. SALCEDA |
| 21 | | 650 Page Mill Road |
| 22 | | Palo Alto, CA  94304-1050<br>Telephone:  650/493-9300 |
| 23 | | 650/493-6811 (fax) |

I, John Grant, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER.  In compliance with General Order 45, X.B., I hereby attest that IGNACIO E. SALCEDA has concurred in this filing.

/s/
JOHN K. GRANT

STIPULATION AND [PROPOSED] SCHEDULING ORDER - C-06-06834-JW          - 2 -

1                       *   *   *

2                       **O R D E R**

3      IT IS SO ORDERED.

4      The date for plaintiffs to file their consolidated complaint is continued to July 30, 2007.

5     This is the final extension for the filing of the Consolidated Complaint.

6   DATED: _____ July 17, 2007 _____   _____

7                                                    THE HONORABLE JAMES WARE
                                                   UNITED STATES DISTRICT JUDGE

8  T:\casesSF\quicklogic\STP00043616.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 16, 2007.

    s/ John K. Grant
JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:johnkg@lerachlaw.com

# Mailing Information for a Case 5:06-cv-06834-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,Kiyo

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Kip Brian Shuman**
  Kip@shumanberens.com,Lisa@shumanberens.com,Darby@shumanberens.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,monic

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jeffrey A. Berens
Shuman & Berens LLP
801 E 17th Ave
Denver, CO 80218-1417

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```