1   LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2   JOHN K. GRANT (169813)
    SHAWN A. WILLIAMS (213113)
3   AELISH M. BAIG (201279)
    100 Pine Street, Suite 2600
4   San Francisco, CA  94111
    Telephone:  415/288-4545
5   415/288-4534 (fax)
    johng@lerachlaw.com
6   shawnw@lerachlaw.com
    aelishb@lerachlaw.com
7        – and –
    TRAVIS E. DOWNS III (148274)
8   KATHLEEN A. HERKENHOFF (168562)
    BENNY C. GOODMAN III (211302)
9   MARY LYNNE CALKINS (212171)
    655 West Broadway, Suite 1900
10  San Diego, CA  92101                    THE SHUMAN LAW FIRM
    Telephone:  619/231-1058                KIP B. SHUMAN
11  619/231-7423 (fax)                      801 East 17th Avenue
    travisd@lerachlaw.com                   Denver, CO  80218-1417
12  kathyh@lerachlaw.com                    Telephone:  303/861-3003
    bennyg@lerachlaw.com                    303/830-6920 (fax)
13  mollyc@lerachlaw.com                    kip@shumanlawfirm.com

14  Co-Lead Counsel for Plaintiffs

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                  SAN JOSE DIVISION

18  In re QUICKLOGIC CORPORATION       )  Lead Case No. C-06-06834-JW
    DERIVATIVE LITIGATION              )
19  _____   )  JOINT STIPULATION AND [PROPOSED]
                                       )  ORDER OF DISMISSAL WITHOUT
20  This Document Relates To:          )  PREJUDICE
                                       )
21       ALL ACTIONS.                  )
                                       )
22  _____   )

23

24

25

26

27

28

1    WHEREAS, on November 2, 2006, plaintiff James E. Seadler ("plaintiff") commenced this

2    shareholder's derivative action on behalf of nominal defendant QuickLogic Corporation

3    ("QuickLogic") against defendants E. Thomas Hart, Carl M. Mills, Terry L. Barrett, Timothy Saxe,

4    Jeffrey D. Sexton, Donald P. Beadle, Michael J. Callahan, Arturo Krueger, Christine Russell, Gary

5    H. Tauss and Nicholas Aretakis, for alleged violations of state and federal law arising from the

6    alleged backdating of stock option grants;

7    WHEREAS, on November 29, 2006, plaintiff Cordell Bailey commenced a similar derivative

8    action against the same defendants, and on March 14, 2007, the Court entered an Order

9    consolidating the two actions and appointing James Seadler Lead Plaintiff and Lerach Coughlin

10   Stoia Geller Rudman & Robbins LLP and The Shuman Law Firm Co-Lead Counsel; and

11   WHEREAS, all parties agree to dismissal of the above-entitled action without prejudice

12   pursuant to Fed. R. Civ. P. 41(a)(1);

13   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties,

14   through their respective counsel of record, as follows:

15       1.    Plaintiff dismisses this action against defendants without prejudice;

16       2.    Each party shall bear its own costs and attorneys' fees; and

17       3.    Because the case is requested to be dismissed in its entirety, but without prejudice, the

18   shareholders of nominal defendant QuickLogic will not be harmed in any way by a dismissal of the

19   entire case.  As a result, no notice of the proposed dismissal need be given to the shareholders under

20   Fed. R. Civ. P. 23.1.

21       IT IS SO STIPULATED.

22   DATED:  August 7, 2007                LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
23                                         JOHN K. GRANT
                                           SHAWN A. WILLIAMS
24                                         AELISH M. BAIG

25

26                                         _____/s/_____
                                                    JOHN K. GRANT
27

28

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE –
C-06-06834-JW                                                              - 1 -

1

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

2

3

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

4

5

6

7

8

9

THE SHUMAN LAW FIRM
KIP B. SHUMAN
801 East 17th Avenue
Denver, CO  80218-1417
Telephone:  303/861-3003
303/830-6920 (fax)

10

11

12

Co-Lead Counsel for Plaintiffs

13

DATED:  August 7, 2007

WILSON SONSINI GOODRICH & ROSATI,
P.C.
IGNACIO SALCEDA

14

15

16

17

_____/s/_____
IGNACIO SALCEDA

18

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

19

20

Attorneys for defendants E. Thomas Hart, Carl
M. Mills, Terry L. Barrett, Timothy Saxe, Jeffrey
D. Sexton, Donald P. Beadle, Michael J.
Callahan, Arturo Krueger, Christine Russell,
Gary H. Tauss and Nicholas Aretakis

21

22

23

24

25

26

27

28

1

2

3

4

5

     I, John K. Grant, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE.   In compliance with General Order 45, X.B., I hereby attest that Ignacio Salceda has concurred in this filing.

6

7

                                   /s/

8

                              JOHN K. GRANT

                  *      *      *

9

**O R D E R**

10

    IT IS SO ORDERED.

11

DATED: _____

12

                     THE HONORABLE JAMES WARE
                     UNITED STATES DISTRICT JUDGE

13

T:\CasesSF\Quicklogic\STP00044102.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on August 7, 2007.

9

10

/s/
JOHN K. GRANT

11

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

12

100 Pine Street, 26th Floor

13

San Francisco, CA  94111
Telephone:  415/288-4545

14

415/288-4534 (fax)

15

E-mail: johnkg@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-06834-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Travis E. Downs , III**
  travisd@lerachlaw.com,e_file_sd@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Ignacio Evaristo Salceda**
  isalceda@wsgr.com,rlustan@wsgr.com

- **Kip Brian Shuman**
  Kip@shumanberens.com,Lisa@shumanberens.com,Darby@shumanberens.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeffrey A. Berens**
Shuman & Berens LLP
801 E 17th Ave
Denver, CO 80218-1417

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101